

Ironside Newark
110 Edison Place, Suite 302
Newark, New Jersey 07102
Tel: 973.690.5400 Fax: 973.466.2761
www.rwmlegal.com

July 20, 2020

**VIA CM/ECF**
Honorable Claire C. Cecchi, U.S.D.J.
United States District Court
50 Walnut Street
Newark, New Jersey 07102

    Re:   *Janssen Pharmaceuticals, Inc. v. Teva Pharmaceuticals USA, Inc.*
            **Civil Action No. 2:18-00734 (CCC)(MF)**

Dear Judge Cecchi:

    This firm, along with Patterson Belknap Webb & Tyler LLP, represents plaintiffs in the above-referenced matter. As directed by the Amended Mediation Order recently entered by Your Honor (D.E.107), this will confirm that the parties have scheduled a mediation session with the Hon. Garret E. Brown, Jr. (Ret.) on August 26, 2020.

    Should Your Honor have any questions about the above, we are available at the Court's convenience.

                                             Respectfully,

                                             *s/Keith J. Miller*

                                             Keith J. Miller

KJM/bl
cc:    All Counsel (via CM/ECF)