

One Newark Center, 19th Floor
Newark, New Jersey 07102
Tel: 973.690.5400 Fax: 973.466.2761
www.rwmlegal.com

August 5, 2020

**VIA ECF**

Hon. Mark Falk, U.S.M.J.
United States District Court
District of New Jersey
50 Walnut Street
Newark, New Jersey 07102

      Re:    *Janssen Pharmaceuticals, Inc. V. Teva Pharmaceuticals USA, Inc., et al*
                **Civil Action No. 18-734 (CCC) (MF)**

Dear Judge Falk:

      This Firm, along with Patterson Belknap Webb & Tyler LLP, represents the Plaintiffs Janssen Pharmaceuticals, Inc. and Janssen Pharmaceutica NV in the above-captioned matter. In accordance with Your Honor's Individual Practices, please accept this letter in lieu of a more formal application seeking the *pro hac vice* admissions of A. Robert Quirk, Esq., Margaret O'Neil, Esq., and Joong Youn (Jay) Cho, Ph.D., Esq. pursuant to Local Civil Rule 101.1(c).

      In making this application, enclosed are the Declarations of Keith J. Miller, Esq., A. Robert Quirk, Esq., Margaret O'Neil, Esq., and Joong Youn (Jay) Cho, Ph.D., Esq. and a proposed Order.

      Counsel for Defendants consent to this application for *pro hac vice* admission. Therefore, if the enclosed application and proposed Order meet with Your Honor's approval, kindly execute the Order and file it with the Clerk of Court.

      We thank the Court for its kind consideration of this submission. Should Your Honor have any questions, we are available at the Court's convenience.

      Respectfully,

      *s/ Keith J. Miller*
      Keith J. Miller

cc:    All counsel of record (via ECF)