Keith J. Miller, Esq.
Michael J. Gesualdo, Esq.
Justin T. Quinn, Esq.
**ROBINSON MILLER LLC**
Ironside Newark
110 Edison Place, Suite 302
Newark, New Jersey 07102
(973) 690-5400
kmiller@rwmlegal.com

*Attorneys for Plaintiffs*
*Janssen Pharmaceuticals, Inc. and*
*Janssen Pharmaceutica NV*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JANSSEN PHARMACEUTICALS, INC. and JANSSEN PHARMACEUTICA NV, | ) ) ) Civil Action No.: 2:18-cv-00734 (CCC)(MF) |
| Plaintiffs, | ) ) ) **ORDER GRANTING** ) **ADMISSIONS PRO HAC VICE** |
| v. | ) ) |
| TEVA PHARMACEUTICALS USA, INC., | ) ) ) |
| Defendant. | ) ) |

**THIS MATTER** having been brought before the Court by Plaintiffs, by and through their

attorneys, Robinson Miller LLC, for the entry of an Order admitting A. Robert Quirk, Esq.,

Margaret O'Neil, Esq., and Joong Youn (Jay) Cho, Ph.D., Esq., as counsel *pro hac vice*, pursuant

to Local Civil Rule 101.1(c); and the Court having considered the Declarations of Keith J. Miller,

Esq., A. Robert Quirk, Esq., Margaret O'Neil, Esq., and Joong Youn (Jay) Cho, Ph.D., Esq.; and

all counsel of record having consented to this application; and for good cause shown;

IT IS on this  6th day of August 2020, hereby

**ORDERED** that Plaintiffs' application is granted, and A. Robert Quirk, Esq., Margaret

O'Neil, Esq., and Joong Youn (Jay) Cho, Ph.D., Esq. are admitted to practice *pro hac vice* before this Court pursuant to Local Civil Rule 101.1(c), for all purposes and in all proceedings connected with this litigation; and it is further

**ORDERED** that A. Robert Quirk, Esq., Margaret O'Neil, Esq., and Joong Youn (Jay) Cho, Ph.D., Esq. shall comply with Local Civil Rule 101.1(c) and abide by all rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any matter affecting counsel's standing at the bar of any court; and it is further

**ORDERED** that A. Robert Quirk, Esq., Margaret O'Neil, Esq., and Joong Youn (Jay) Cho, Ph.D., Esq. shall make payment to the New Jersey Lawyers' Fund for Client Protection as provided in New Jersey Court Rule 1:28-2(a); and it is further

**ORDERED** that the Clerk of this Court shall forward a copy of this Order to the Treasurer of the New Jersey Lawyers' Fund for Client Protection; and it is further

**ORDERED** that A. Robert Quirk, Esq., Margaret O'Neil, Esq., and Joong Youn (Jay) Cho, Ph.D., Esq. shall each make payment of $150.00 to the Clerk, United States District Court, as required by Local Civil Rule 101.1(c)(3); and it is further

**ORDERED** that all pleadings, briefs, and other papers filed with the Court shall be signed by an attorney-at-law of this Court employed by the Firm of Robinson Miller LLC, who shall be responsible for said papers and for the conduct of A. Robert Quirk, Esq., Margaret O'Neil, Esq., and Joong Youn (Jay) Cho, Ph.D., Esq.

IT IS SO ORDERED.

_____
HONORABLE MARK FALK, U.S.M.J.