Keith J. Miller, Esq.
Michael J. Gesualdo, Esq.
Justin T. Quinn, Esq.
**ROBINSON MILLER LLC**
Ironside Newark
110 Edison Place, Suite 302
Newark, New Jersey 07102
(973) 690-5400 (Telephone)
kmiller@rwmlegal.com
mgesualdo@rwmlegal.com
jquinn@rwmlegal.com

*Attorneys for Plaintiffs*
*Janssen Pharmaceuticals, Inc. and*
*Janssen Pharmaceutica NV*

| | |
|---|---|
| JANSSEN PHARMACEUTICALS, INC. and JANSSEN PHARMACEUTICA NV, <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC. and TEVA PHARMACEUTICALS INDUSTRIES, LTD., <br><br> Defendants. | Civil Action No. 2:18-734 (CCC)(MF) <br><br> *Document electronically filed.* <br><br><br><br> **NOTICE OF REQUEST FOR *PRO HAC VICE* ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION** |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An Order of the Court granting an informal application for A. Robert Quirk, Esq. to appear *pro hac vice* in the within matter has been entered (ECF No. 119); and

2. The Admission Fee, in the amount of $150.00, pursuant to L. Civ. R. 101.1(c)(3), has been paid to the Clerk of the Court.

Dated:  August 11, 2020

*s/ Keith J. Miller*
Keith J. Miller

**ROBINSON MILLER LLC**
Ironside Newark
110 Edison Place, Suite 302

Newark, New Jersey 07102
Telephone No.: (973) 690-5400
kmiller@rwmlegal.com

**PRO HAC VICE ATTORNEY INFORMATION**:

| | |
|---|---|
| Name: | A. Robert Quirk, Esq. |
| Address: | **PATTERSON BELKNAP WEBB & TYLER LLP**<br>1133 Avenue of the Americas<br>New York, NY 10036-6710<br>212-336-2204 |
| E-mail: | rquirk@pbwt.com |