UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

NEWARK

Date: August 18, 2020

JUDGE: HON. CLAIRE C. CECCHI

COURT REPORTER: WALTER PERELLI

DEPUTY CLERK:  JACQUIE LAMBIASE

Docket No. 18-cv-734 (CCC)

Title of Case:  JANSSEN PHARMACEUTICALS, INC. et al v. TEVA PHARMACEUTICALS USA, INC. et al

Appearances:

Keith Miller, Barbara Mullin, Aron Fischer & Andrew D. Cohen, Esqs. On behalf of the Plaintiffs
Liza Walsh, Christine Gannon, William Walsh, Jr., Christopher Jagoe, Mira Mulvaney & Jeanna Wacker, Esqs. on behalf of the defendants

**NATURE OF PROCEEDINGS:**

Final PreTrial Conference held on the record.


Time Commenced:   9:30 a.m.              Time Adjourned:   2:30 p.m.


*Jacquie Lambiase*
Jacquie Lambiase, Deputy Clerk