UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

NEWARK

Date: September 15, 2020

JUDGE: HON. CLAIRE C. CECCHI

COURT REPORTER: WALTER PERELLI

DEPUTY CLERK:  JACQUIE LAMBIASE

Docket No. 18-cv-734 (CCC)

Title of Case:  JANSSEN PHARMACEUTICALS, INC. et al v. TEVA PHARMACEUTICALS USA, INC. et al

Appearances:

Keith Miller, Barbara Mullin, Aron Fischer & Andrew D. Cohen, Esqs. On behalf of the Plaintiffs
Liza Walsh, Christine Gannon, William Walsh, Jr., Christopher Jagoe, Mira Mulvaney & Jeanna Wacker, Esqs. on behalf of the defendants

**NATURE OF PROCEEDINGS:**

Oral argument held on the following motions:
-MOTION to Amend/Correct *Inventorship Pursuant to 35 U.S.C. Section 256* by JANSSEN PHARMACEUTICA [DE91] Withdrawn
-MOTION in Limine by All Defendants [DE98]
Ordered decision reserved.

Time Commenced:  1:30 p.m.          Time Adjourned:  4:00 p.m.

*Jacquie Lambiase*

Jacquie Lambiase, Deputy Clerk