UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

NEWARK

Date: October 13, 2020

JUDGE: HON. CLAIRE C. CECCHI

COURT REPORTER: MARYJO MONTELEONE & JOANNE SEKELLA

DEPUTY CLERK:  JACQUIE LAMBIASE

Docket No. 18-cv-734 (CCC)

Title of Case:  JANSSEN PHARMACEUTICALS, INC. et al v. TEVA PHARMACEUTICALS USA, INC. et al

Appearances:   Keith Miller, Barbara Mullin, Aron Fischer,
Andrew Cohen, Esqs. for Plaintiffs Janssen Pharmaceuticals, et als.

Liza M. Walsh, Christine Gannon, William Walsh, Jr.,
Jeanna Wacker, Christopher Jagoe, Mira Mulvaney &
Ashley Ross, Esqs. for Defendants Teva Pharmaceuticals

**NATURE OF PROCEEDINGS**:    CASE CALLED FOR TRIAL (Non-Jury)

-Jeanna Wacker, Esq, opens for defendant
-Barbara Mullin, Esq, opens for plaintiff
-Lunch recess from 12:00 p.m., until 12:30 p.m.
-Dr. Rene Kahn sworn for the defendant
-Dr. Daniel Wermeling for the defendant
-Trial adjourned at 4:30 p.m., to be continued on October 14, 2020 at 10:00 a.m.

Time Commenced:   10:00 a.m.

Time Adjourned:   4:30 p.m.

*Jacquie Lambiase*

Jacquie Lambiase, Deputy Clerk