

**WALSH**
PIZZI
O'REILLY
FALANGA

THREE GATEWAY CENTER
100 Mulberry Street, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

June 3, 2024

**VIA ECF**
Honorable Leda D. Wettre, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King, Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re:   *Janssen Pharmaceuticals, Inc., et al. v. Teva Pharmaceuticals USA, Inc.*
              *Civil Action No. 2:18-00734 (CCC-LDW)*

Dear Judge Wettre:

      This firm, together with Kirkland & Ellis LLP, represents defendant Teva Pharmaceuticals USA, Inc. in the above-captioned matter. We write jointly with Plaintiffs to respectfully request an extension of today's deadline to file the Motion to Seal, and any redacted versions of the parties' submissions D.E. 283-284, 286, 288-293, until June 17, 2024. The parties need additional time to work together on the joint submission.

      Should the parties' proposal be acceptable to Your Honor, we respectfully request this letter be "So Ordered" and entered on the docket. As always, we thank the Court for its attention to this matter and we are available should Your Honor or Your Honor's staff have any questions or need anything further.

                                          Respectfully submitted,

                                          *s/ Liza M. Walsh*

                                          Liza M. Walsh

cc:    Counsel of Record (via ECF and E-mail)

SO ORDERED this <u>5th</u> day of <u>June</u>, 2024

*/s/ Leda Dunn Wettre*
_____
Honorable Leda D. Wettre, U.S.M.J.