# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| JANSSEN PHARMACEUTICALS, INC. and JANSSEN PHARMACEUTICA NV,<br><br>    Plaintiffs,<br><br>    v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>    Defendant. | Civil Action No. 2:18-00734 (CCC)(LDW) |

## JOINT STIPULATION REGARDING REMAND PROCEEDINGS

WHEREAS, remand proceedings are currently pending before the Court, in which the parties agreed, and the Court so-ordered, that simultaneous opening remand briefs will be filed on June 14, 2024 and simultaneous responsive remand briefs will be filed on July 10, 2024 (D.I. 293);

WHEREAS, the parties have agreed, subject to the approval of this Court, that their opening remand briefs shall not exceed 100 pages and their responsive remand briefs shall not exceed 75 pages;

NOW, THEREFORE, Janssen and Teva, by their undersigned counsel, STIPULATE, and the Court ORDERS that:

1. The parties' respective opening remand briefs shall not exceed 100 pages and their respective responsive remand briefs shall not exceed 75 pages.

| | |
|---|---|
| Dated: June 12, 2024 | Respectfully submitted, |

<table>
<tr>
<td>

*s/Keith J. Miller*
Keith J. Miller
Michael J. Gesualdo
**ROBINSON MILLER LLC**
Ironside Newark
110 Edison Place, Suite 302
Newark, NJ 07102
(973) 690-5400


Barbara L. Mullin (*pro hac vice*)
Aron R. Fischer (*pro hac vice*)
Andrew D. Cohen (*pro hac vice*)
**PATTERSON BELKNAP WEBB & TYLER LLP**
1133 Avenue of the Americas
New York, NY 10036
(212) 336-2000

*Attorneys for Plaintiffs Janssen Pharmaceuticals, Inc. and Janssen Pharmaceutica NV*

</td>
<td>

*s/Christine I. Gannon*
Liza M. Walsh
Christine I. Gannon
**WALSH PIZZI O'REILLY FALANGA LLP**
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102
(973) 757-1100


Jeanna M. Wacker (*pro hac vice*)
Christopher T. Jagoe
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
(212) 446-4800

*Attorneys for Defendant Teva Pharmaceuticals USA, Inc.*

</td>
</tr>
</table>

SO ORDERED

_____
HONORABLE CLAIRE C. CECCHI, U.S.D.J.

2