IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JANSSEN PHARMACEUTICALS, INC. and JANSSEN PHARMACEUTICA NV,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>Defendant. | Civil Action No. 2:18-00734 (CCC)(LDW)<br><br>**CONSENT ORDER GRANTING *PRO HAC VICE* ADMISSION**<br><br>*Electronically Filed* |

**THIS MATTER** having been opened to the Court by Walsh Pizzi O'Reilly Falanga LLP, counsel for Defendant Teva Pharmaceuticals USA, Inc. ("Teva"), upon application for the entry of an Order admitting *pro hac vice* John C. O'Quinn, William H. Burgess, and Noah S. Frank of the law firm of Kirkland & Ellis LLP; and Plaintiffs, Janssen Pharmaceuticals, Inc. and Janssen Pharmaceutica NV through counsel, having consented to said application; and the Court having considered all papers filed in support of said application; and for good cause having been shown;

**IT IS** on this  28th  day of    June    , 2024,

**ORDERED** that Teva's application for the *pro hac vice* admission of John C. O'Quinn, William H. Burgess, and Noah S. Frank is hereby **GRANTED**; and it is further

**ORDERED** that John C. O'Quinn, William H. Burgess, and Noah S. Frank are hereby admitted *pro hac vice* pursuant to Local Civil Rule 101.1 for the sole purpose of entering an appearance on behalf of and representing Teva in this matter; and it is further

**ORDERED** that John C. O'Quinn, William H. Burgess, and Noah S. Frank shall abide by the disciplinary rules of this Court; and it is further

**ORDERED** that John C. O'Quinn, William H. Burgess, and Noah S. Frank shall, for the duration of the time that they serve as counsel *pro hac vice* in this matter, each make annual payments to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) and shall each pay the sum of $250.00 to the Clerk of the United States District Court in accordance with Local Civil Rule 101.1(c)(3); and it is further

**ORDERED** that John C. O'Quinn, William H. Burgess, and Noah S. Frank shall notify the Court immediately of any disciplinary matter affecting their standing at the bar of any jurisdiction; and it is further

**ORDERED** that John C. O'Quinn, William H. Burgess, and Noah S. Frank shall have all pleadings, briefs and other papers filed with the Court in this matter signed by Liza M. Walsh or her partners or associates as the attorneys of record in this matter pursuant to Local Civil Rule 101.1(c)(3).

**SO ORDERED**.

_____
HON. LEDA DUNN WETTRE, U.S.M.J.